**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

_____

**No. 96-60772**
_____

WAYNE CALDWELL ESCROW PARTNERSHIP; ET AL          PETITIONERS

BILL R. DENNY, TAX MATTERS PARTNER          PETITIONER-APPELLANT

versus

COMMISSIONER OF INTERNAL REVENUE          RESPONDENT-APPELLEE

_____

**Appeal from the United States Tax Court**
**(8043-93)**
_____

**September 8, 1997**
Before REAVLEY, BARKSDALE, and STEWART, Circuit Judges:

PER CURIAM:[*]

　　**AFFIRMED**.  See Local Rule 47.6.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.